UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR-09-466-R                                    Date: November 30, 2011

================================================================
PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present | Abigail Evans |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

================================================================
U.S.A. vs (Dfts listed below)           Attorneys for Defendants

1)   HUGO BOLANOS                       1)   Anthony Solis
     X Not Present    X Custody              X Not Present   X Appointed

_____

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**Defendant Bolanos filed a "Motion for a Hearing to Determine the Mental Competency and for an Order that Psychiatric Examination of the Defendant be Conducted Prior to the Hearing", but the defendant to not notice the motion for any hearing date or time.**

**A hearing on defendant's motion will be heard on December 12, 2011 at 1:30 p.m.**

**IT IS SO ORDERED.**


MINUTES FORM 6                                   Initials of Deputy Clerk __WH_____
CRIM -- GEN